# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY CASAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>ADIR INTERNATIONAL LLC and THE LAW OFFICES OF ROBERT J. COLCLOUGH, III,<br><br>Defendants. | Case No.: CV 19-2102-DMG (JEMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [25]** |

Upon review of the Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by Plaintiff Jimmy Casarez and Defendant Adir International, LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is APPROVED. The above-captioned action is hereby dismissed in its entirety, with prejudice, with the parties to bear their own costs and attorneys' fees.

DATED: June 7, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE